UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                                                CASE NO. 24-21529-RAM
                                                                             CHAPTER 13
DANIEL LINARES

    Debtor
_____/

**MOTION TO MODIFY TERMS AND INTEREST RATE OF THE SECURED CLAIM OF JPMORGAN CHASE BANK. N.A., TREATED IN PLAN PUSUANT TO §1322 (b)(2)**

**COMES NOW** the Debtor, Daniel Linares, hereby file this Motion to Modify Terms and Interest Rate on Secured Claim of JPMorgan Chase Bank. N.A., Claim No.: 4 ("JPMorgan Chase Bank N.A.") Treated in Plan Pursuant to §1322 (b)(2) and in support thereof state as follows:

1. The Debtor filed for Chapter 13 protection on October 31st, 2024, to reorganize his debt.

2. That set forth in the Debtor's schedule is a 2023 Chevrolet Suburban, Vin#1GNSCCKD1PR399483 with 15,370 miles valued by J.D. Power at $47,225.00. [See attached "Exhibit A"]

3. That JPMorgan Chase Bank, N.A., Proof of Claim: #4, holds a purchase-money security interest through a financing statement in Debtor's 2023 Chevrolet Suburban in the amount of $69,929.57 bearing interest at the rate of 14.5% ("Secured Claim").

4. That at the time of filing for Chapter 13 protection, the prime interest rate was 7.50% and the Debtor seeks to modify the interest rate on the Secured Debt, under §1322 (b)(2), to 9.81% thereby including a 2.31% risk adjustment and modify the terms of the Secured Debt to provide for its cure over the life of the Plan.

5. Further, in order to maintain the vehicle and payment to be feasible, Debtor proposes that the amount owed to creditor be reduced to $47,225.00 plus the 9.81% rate for a total of $51,857.77 to be paid months 6-60.

**WHEREFORE** the Debtor respectfully request this Honorable Court enter an order:

A) Approving the modification of the terms of the Secured Debt JPMorgan Chase Bank, N.A. to the 60-month Plan term.
B) Approving the modification of the interest rate of JPMorgan Chase Bank, N.A. Secured Debt to 9.81%.
C) Approving the modification of the amount owed to JPMorgan Chase Bank, N.A. to be reduced to $51,857.77.
D) Setting forth that any claim filed by or on behalf of JPMorgan Chase Bank, N.A. shall be deemed amended accordingly.
E) Approving attorney fees and cost of $775.00 for representation involved with this motion

I certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090- 1(A)

Respectfully submitted,

Aimee Melich Law, P.A.
7480 Bird Road, Suite 601
Miami, FL 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

By: ***/s/Aimee Melich, Esq.***
Aimee Melich, Esq./FBN.: 95066

EXHIBIT A

# J.D. POWER

# 2023 Chevrolet Suburban
2WD 4dr LT Pricing

## What People Are Paying

Prices displayed are the final prices people paid for the **2023 Chevrolet Suburban 2WD 4dr LT** after negotiating with dealers.

Average Price Paid

**$55,773**

Invoice: $59,314                MSRP: $62,700

Data from **191** transactions - Updated 10/20/24

Add Options                              Info and Definitions

**Get Free Price Quote**



80% of People Paid

**$51,044 - $60,719**

## Trade In to Dealer

Prices shown are what people received from a dealer for their trade-in vehicle by condition. See definitions.

| | |
|---|---|
| Base Price | $44,225 |
| Mileage and Options | $1,050 |
| **Rough Condition** ⓘ | **$45,275** |
| Base Price | $46,175 |
| Mileage and Options | $1,050 |
| **Average Condition** ⓘ | |

| | |
|---|---|
| | **$47,225** |

| | |
|---|---|
| Base Price | $47,775 |
| Mileage and Options | $1,050 |
| **Clean Condition** ⓘ | **$48,825** |

Looking for values for your business? **J.D. Power Valuation Services** can help.