

ORDERED in the Southern District of Florida on April 18, 2025.

Robert A. Mark, Judge
United States Bankruptcy Court

---

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DADE DIVISION**

In re:                                                        CASE NO. 24-21529-RAM
                                                              CHAPTER 13
DANIEL LINARES

_____Debtor. /

### ORDER GRANTING DEBTOR'S MOTION TO MODIFY TERMS AND INTEREST RATE OF THE SECURED CLAIM OF JPMORGAN CHASE BANK. N.A. [# 4] [DE#71]

THIS CAUSE having been considered on the Chapter 13 Consent Motion Calendar on April 15, 2025, at 09:00 AM, via Zoom, upon the *Debtor's Motion to Modify Interest Rate and Value, [DE#71]*; the "Motion". Based upon the debtor's assertions made in support of the Motion, without objection, having considered the record in this case, and being duly advised in the premises, it is:

**ORDERED** as follows:

1. The modification of the terms of the Secured Debt JPMorgan Chase Bank, N.A. to the 60-month Plan term is **GRANTED**.

2. The modification of the interest rate of JPMorgan Chase Bank, N.A. Secured Debt to 9.81% is **GRANTED**.

3. The modification of the amount owed to JPMorgan Chase Bank, N.A. to be reduced to $51,857.77 is **GRANTED**.

4. Any claim filed by or on behalf of JPMorgan Chase Bank, N.A. shall be deemed amended accordingly.

5. Attorney fees and cost of $775.00 for representation involved with this motion are **GRANTED**.

# # #

Respectfully Submitted,

Aimee Melich Law, P.A.
Attorney for Debtor
7480 Bird Road #601
Miami FL, 33155
Tel: 786-583-8214
Aimee@MelichLaw.com

Aimee Melich, Esq. shall serve a conformed copy of this Order upon all parties of interest and shall file a Certificate of Service in accordance with Local Rule 2002-1(F).